# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

141961

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellee,

v

EDWAN DONALD STAV,
 Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 141961
COA: 299448
Emmet CC: 10-003216-FC

_____/

On order of the Court, the application for leave to appeal the September 7, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011 _____                _____

y0228                                                                                Clerk